UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 08-22874-CIV-HUCK/O'SULLIVAN

LEO WILLIAMS,

    Plaintiff,

vs.

JABRI, INC., a Florida Corp. d/b/a
JOES LIQUORS, CYCLONE ENTERPRISES,
INC., a Florida Corp., GARY BLUMIN,
individually and BRIAN SOCOLOW,
individually,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Paul C. Huck, United States District Judge, for a settlement conference to be conducted by the undersigned. Having been advised by the plaintiff's counsel that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that the Settlement Conference set for November 25, 2008 before the undersigned is CANCELLED. It is further

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Tuesday, November 25, 2008**, at **10:30 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement.** Request for continuance of this cause shall not be considered unless addressed to this Court in the

form of a written motion.

      **DONE AND ORDERED** in chambers at Miami, Florida this **24th** day of November, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record